# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

November 13, 2023

Lyle W. Cayce
Clerk

No. 23-40055
Summary Calendar

Irma Ruiz-Ramirez,

*Plaintiff—Appellant*,

*versus*

El Chalala, Incorporated; Rosemary Gonzalez; Mark
Anthony Gonzalez,

*Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 5:21-CV-125

_____

Before Clement, Duncan, and Douglas, *Circuit Judges*.

Per Curiam:[*]

Irma Ruiz-Ramirez appeals the denials of her motions for default judgment and the dismissal of her pro se civil action. After considering Ruiz-Ramirez's arguments, we affirm the denial of her motions for a default

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

judgment. *See Brinkmann v. Dallas Cnty. Deputy Sheriff Abner*, 813 F.2d 744, 748 (5th Cir. 1987).

As for the dismissal of her civil action, Ruiz-Ramirez has abandoned any challenge to the district court's rulings concerning the Thirteenth Amendment as well as the Sherman and Clayton Acts by failing to brief them. *See Yohey v. Collins*, 985 F.2d 222, 224-25 (5th Cir. 1993). Concerning the rulings that Ruiz-Ramirez has addressed, the district court properly dismissed her claims under 42 U.S.C. §§ 1981, 1983, 1985, and 1986, and under the Racketeer Influenced and Corrupt Organizations Act. Furthermore, we agree that Ruiz-Ramirez has not established diversity jurisdiction, *see Smith v. Toyota Motor Corp.*, 978 F.3d 280, 281-82 (5th Cir. 2020), or any right to expert fees under 42 U.S.C. § 1988, *see Buckhannon Bd. and Care Home, Inc. v. W. Va. Dep't of Health and Human Res.*, 532 U.S. 598, 603 (2001).

Accordingly, the judgment of the district court is AFFIRMED.